Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM   M-2**

UNITED STATES,

    Plaintiff,

v.     **Court No.:** 16-CV-00273

HARVIC INTERNATIONAL, LTD.,

    Defendant.

**REPORT OF MEDIATION**

That pursuant to the Order of Referral dated May 12, 2020 in this case, I served as Judge Mediator for the mediation process between the parties in this case. The process was concluded on September 8, 2020.

__X__  The mediation resulted in a settlement of all issues;

____  The mediation resulted in a partial settlement;

____  The mediation did not result in a settlement;

/s/ Mark A. Barnett
(Name)
Judge Mediator

DATED: September 8, 2020
New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)